UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO SACCHI,

          Plaintiff,

     v.

KLODJANA DERVISHI,

          Defendant.

Case No. 19-cv-06638-SK

**JUDGMENT**

Pursuant to the Court's Order granting Petitioner Marco Sacchi's Petition for the return of the children,  judgment is hereby entered in favor of Petitioner and against Respondent Klodjana Dervishi.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 2, 2020



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California